# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

133130 & (28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SPENCER LAMONT LEWIS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133130
COA: 270318
Isabella CC: 05-001745-FC
                05-001746-FC

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the December 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk

t0613